No. 00–8670. HEAD v. HALTER, ACTING COMMISSIONER OF SOCIAL SECURITY. C. A. 10th Cir.;

No. 00–8805. CZEPIEL v. COMMISSIONER OF INTERNAL REVENUE. C. A. 1st Cir.; and

No. 00–8829. TIFFANY v. UNITED STATES. C. A. 4th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until May 14, 2001, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.